# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | JOHN MALCOLM & LAURA COLEEN BUCHANAN |
| **Case Number:** | 2:08-BK-14218-EWH    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 03, 2009 01:30 PM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | N/A |

## *Matter:*

ONE MINUTE FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY AT 2640 E. CAPTAIN DREYFUS AVE. PHOENIX, AZ 85032 FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS SERVICING LP, IT'S SUCCESSORS AND/OR ASSI

**R / M #:** 21 / 0

## *Appearances:*

HAROLD E. CAMPBELL, ATTORNEY FOR JOHN MALCOLM BUCHANAN, LAURA COLEEN BUCHANAN
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## *Proceedings:*

Mr. Campbell informed the Court that he had believed this matter was resolved but never received a stipulation.

COURT:  IT IS ORDERED VACATING THIS HEARING.  tHE STAY WILL REMAIN IN EFFECT.

SUBSEQUENTLY, Mr. McDonald appeared after Mr. Campbell had left the courtroom.

Mr. McDonald stated that the information Mr. Campbell provided was not true.  He informed the Court that the checks that were tendered bounced and noted that his client would like to make an agreement.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO SEPTEMBER 17, 2009 AT 3:30 P.M. TO PUT ON EVIDENCE IF NO STIPULATION.

Courtesy copy emailed to Harold Campbell at heciii@haroldcampbell.com