# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | JOHN MALCOLM & LAURA COLEEN BUCHANAN |
| **Case Number:** | 2:08-BK-14218-EWH    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 17, 2009 03:30 PM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## *Matter:*

EVIDENTIARY FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY AT 2640 E. CAPTAIN DREYFUS AVE. PHOENIX, AZ 85032 FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS SERVICING LP, IT'S SUCCESSORS AND/OR

**R / M #:**   21 / 0

**VACATED:  SETTLED BY STIPULATION -  EXECUTED ORDER FORTHCOMING**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: SETTLED BY STIPULATION -  EXECUTED ORDER FORTHCOMING