# TIFFANY & BOSCO
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-65101/152004038

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>John Malcolm Buchanan and Laura Coleen Buchanan<br>Debtors.<br><br>Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans Servicing LP, it's successors and/or assigns<br><br>Movant,<br>vs.<br><br>John Malcolm Buchanan and Laura Coleen Buchanan, Debtors; Russell A. Brown, Trustee.<br><br>Respondents. | No. 2:08-bk-14218-EWH<br><br>Chapter 13<br><br>(Related to Docket #21 )<br><br>STIPULATION REGARDING MOTION FOR RELIEF<br><br>RE: Real Property Located at:<br><br>2640 E. Captain Dreyfus Ave.<br>Phoenix AZ 85032 |

IT IS HEREBY STIPULATED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property which is the subject of the Deed of Trust recorded ,

at Recorders No. , in the records of the Maricopa County, Arizona Recorder's Office, wherein John Malcolm Buchanan and Laura Coleen Buchanan, are designated as trustors and Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans Servicing LP, it's successors and/or assigns is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

> Lot 54, of CHATEAU THIERRY, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 57 of Maps, page 7. *24 month chain of title: Warranty Deed recorded on 4/29/03 with Instrument No. 2003-540326.

IT IS FURTHER STIPULATED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 7 Monthly Payments at $1,954.98 (March 1, 2009 – September 1, 2009) | $13,684.86 |
| Bankruptcy Attorney Fees & Costs | $450.00 |
| Motion for Relief Filing Fee | $150.00 |
| Less Suspense | -($1,181.01) |
| Less check personal check # 1113 | -($1,300.00) |
| Total Amount Of Post Petition Default | $11,803.86 |

1. The total arrearage listed above $11,803.86 shall be paid by the Chapter 13 Trustee consistent with the terms of an Amended Chapter 13 Plan to be filed by the Debtors within five (5) business days from the date of Court Order approval of this Stipulation. Movant will file a Supplemental Proof of Claim for the total amount due list above.

2. In addition to the payment listed in Paragraph 1, the Debtor will make the regular post-petition payment due for October 1, 2009 in the amount of $1,954.98, which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER STIPULATED that the terms of Plan of Reorganization proposed for confirmation shall be consistent herewith. Any inconsistency herewith, or the inability of the Debtors to have a Plan confirmed for any reason, shall constitute an event of default by Debtors, and no further

notice is required.

IT IS FURTHER STIPULATED that if Debtor' Bankruptcy Case No. 2:08-bk-14218-EWH is dismissed, either voluntary or involuntary, for any reason, this Stipulation will become null and void and Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans Servicing LP, it's successors and/or assigns and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER STIPULATED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER STIPULATED that this Order terminates upon Debtor curing the post petition default described herein.

IT IS FURTHER STIPULATED that any hearings scheduled in the matter are vacated.

DATED this _____ day of _____, 2009.

TIFFANY & BOSCO, P.A.

By _____
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

_____
Harold E. Campbell
Attorney for Debtor

_____
Russell A. Brown
Trustee

9/21/2009

3