# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | JOHN MALCOLM & LAURA COLEEN BUCHANAN |
| **Case Number:** | 2:08-BK-14218-EWH          **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 29, 2009 10:00 AM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | KAYLA MORGAN |

## *Matter:*

HEARING IN RE:  STIPULATION AND FORM OF ORDER REGARDING MOTION FROM RELIEF (MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.)

**R / M #:**   34 /  0

## *Appearances:*

HAROLD E. CAMPBELL, ATTORNEY FOR JOHN MALCOLM BUCHANAN, LAURA COLEEN BUCHANAN
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## *Proceedings:*

The Court addressed it's concerns regarding the stipulation and order.

Mr. Campbell and Mr. McDonald agreed that the language recommended by the Court can be included.